**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MINDTRAVELER BARCELONA,

Plaintiff,

Case No.: 1:26-cv-01251

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**COMPLAINT**

Plaintiff, MINDTRAVELER BARCELONA ("MindTraveler" or "Plaintiff"), by Plaintiff's undersigned counsel, hereby complains of the Partnerships and Unincorporated Associations identified on Schedule A attached hereto (collectively, "Defendants"), and for Plaintiff's Complaint hereby alleges as follows:

**JURISDICTION AND VENUE**

1. This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Federal Copyright Act, 17 U.S.C. § 101, et seq., 28 U.S.C. § 1338(a)–(b), and 28 U.S.C. § 1331.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, and this Court may properly exercise personal jurisdiction over Defendants since each of the Defendants directly targets consumers in the United States, including Illinois, through at least the fully interactive commercial internet stores operating under the Defendant aliases and/or the online marketplace accounts identified in Schedule A attached hereto (collectively, the "Defendant Internet Stores"). Federal Rule of Civil Procedure 4(k)(2) confers personal jurisdiction over Defendants because the claims asserted herein arise under federal copyright law, Defendants would not be subject to

jurisdiction in any state's courts of general jurisdiction, and exercising jurisdiction is consistent with the United States Constitution and laws.

**INTRODUCTION**

3. Plaintiff, MINDTRAVELER BARCELONA, is the owner of the federal copyright registrations that protect the creative content of Plaintiff's photographs. Founded in 2016, MindTraveler is a clothing brand that celebrates living life differently by exploring new combinations of style and unexplored terrain to live an authentic and unique life.

4. This action has been filed by Plaintiff to combat online copyright infringers who have reproduced and displayed Plaintiff's copyrighted photographs without authorization. Defendants trade upon Plaintiff's reputation, goodwill, and valuable copyrights by selling and/or offering for sale products using Plaintiff's photographs in their online listings.

5. Plaintiff is the owner of United States Copyright Registration Nos. VA 2-430-938; VA 2-430-843; VA 2-430-812; VA 2-430-813; VA 2-430-846; VA 2-430-936; VA 2-430-810; VA 2-430-817; VA 2-430-847; VA 2-432-758; VA 2-432-747; VA 2-431-910; VA 2-430-932; VA 2-430-927; VA 2-430-937; VA 2-430-814; VA 2-430-790; VA 2-431-912; VA 2-430-929; VA 2-430-842; and VA 2-431-911 (the "MindTraveler Barcelona Works") and the registrations are attached hereto as **Exhibit 1**. Upon information and belief, the copyrights have effective dates that predate the Defendants' acts of copyright infringement.

6. Defendants have created numerous Defendant Internet Stores and used the MindTraveler Barcelona Works without authorization to make illegal profits.

7. The Defendant Internet Stores share unique identifiers, such as design elements and similarities of the unauthorized products offered for sale, establishing a logical relationship between them and suggesting that Defendants' illegal operations arise out of the same transaction,

occurrence, or series of transactions or occurrences. Defendants' activities, occurring at the same time and in the same retail space and manner as one another, blend together to create a single negative impression on consumers such that they constitute the same occurrence or series of occurrences. Defendants attempt to avoid liability by going to great lengths to conceal both their identities and the full scope and interworking of their illegal operation. Plaintiff is forced to file this action to combat Defendants' piracy of the MindTraveler Barcelona Works.

**THE PLAINTIFF**

8. Plaintiff, MINDTRAVELER BARCELONA, is the owner of the Copyright Registrations that protect the creative content of the MindTraveler Barcelona Works. Founded in 2016, MindTraveler is a clothing brand that celebrates living life differently by exploring new combinations of style and unexplored terrain to live an authentic and unique life. Cofounders Oriol Roca Alguersuari and Clara Llanas Mendiluce consider themselves as two restless souls with a clear vision: to transform fashion into a unique sensory experience. Since their first collection, they have sought to fuse an adventurous spirit with a vibrant and authentic sense of style, creating garments that go beyond trends and speak of a way of being, living, and leaving a mark. MindTraveler employs color, energy, and creativity with garments that last far away in time and under a company philosophy of "limited production, slow fashion." MindTraveler is for customers who seek to express their true selves through what they wear. MindTraveler is not just clothes, it is a statement of intent. Plaintiff's photographs are vital to convey this message and to connect with consumers.




https://mindtravelerbcn.com/en/collections/bestsellers

9. Plaintiff is the owner of the United States Copyright Registrations that cover the MindTraveler Barcelona Works. The Registrations are valid, subsisting, and in full force and effect. True and correct copies of the registration certificates are attached hereto as **Exhibit 1**.

10. MindTraveler has invested substantial time, money, and effort in building up and developing consumer awareness, goodwill, and recognition in products advertised and marketed using the MindTraveler Barcelona Works.

11. As a result of Plaintiff's efforts, the quality of authorized products marketed with the MindTraveler Barcelona Works, the promotional efforts for products and designs that are authorized to use the MindTraveler Barcelona Works, press and media coverage, and social media coverage, members of the public have become familiar with the MindTraveler Barcelona Works and associate them exclusively with Plaintiff.

12. MindTraveler has made efforts to protect Plaintiff's interests in and to the MindTraveler Barcelona Works. No one other than MindTraveler is authorized to reproduce, display, advertise, create derivative works, offer for sale, or sell any goods utilizing, advertising,

marketing, featuring, or otherwise using the MindTraveler Barcelona Works without the express written permission of Plaintiff.

**THE DEFENDANTS AND THE DEFENDANTS' UNLAWFUL CONDUCT**

13. Defendants are individuals and business entities who, upon information and belief, reside in the People's Republic of China or other foreign jurisdictions. Defendants conduct business throughout the United States, including within Illinois and in this judicial district, through the operation of the fully interactive commercial websites and online marketplaces operating under the Defendant Internet Stores. Defendants have copied and displayed the MindTraveler Barcelona Works on the Defendant Internet Stores to advertise and sell their goods which compete with those of MindTraveler Barcelona Works—often of inferior quality and at deep discounts from the MindTraveler goods. Each Defendant targets the United States, including Illinois and has copied and displayed and, on information and belief, continues to copy and display without authorization the photographs protected by the MindTraveler Barcelona Works to consumers within the United States, including Illinois and in this judicial district.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

14. Plaintiff repeats and incorporates by reference herein the allegations contained in the above paragraphs of this Complaint.

15. The MindTraveler Barcelona Works are original works and are copyrightable subject matter under 17 U.S.C. § 101 et seq.

16. At all relevant times, Plaintiff has been the holder of the pertinent exclusive rights infringed by Defendants, as alleged hereunder, including but not limited to the MindTraveler Barcelona Works, including derivative works. The MindTraveler Barcelona Works are the subject of valid Copyright Registration Certificates issued by the Register of Copyrights. (**Exhibit 1**).

17. Each Defendant, without the permission or consent of Plaintiff, has and continues to reproduce and display pirated photographs and derivative works of the copyrighted MindTraveler Barcelona Works. Each Defendant has violated at least Plaintiff's exclusive rights of reproduction and display. Each Defendant's actions constitute infringement of Plaintiff's exclusive rights protected under the Copyright Act (17 U.S.C. §101 et seq.).

18. As a result of each Defendant's infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to relief pursuant to 17 U.S.C. §504 and to Plaintiff's attorneys' fees and costs pursuant to 17 U.S.C. §505.

19. Pursuant to 17 U.S.C. §502, Plaintiff is entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiff's copyrights.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1) That Defendants, their affiliates, officers, agents, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a. Using, copying, and displaying the MindTraveler Barcelona Works or any reproductions, copies, or colorable imitations thereof in any manner;

b. further infringing the MindTraveler Barcelona Works and damaging Plaintiff's goodwill; and

d. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to make unauthorized copies or reproductions or being used to display without

authorization any photograph or image that is derived from Plaintiff's copyrights in the MindTraveler Barcelona Works;

2) For Judgment in favor of Plaintiff against Defendants that they have: a) willfully infringed Plaintiff's rights in Plaintiff's federally registered copyrights pursuant to 17 U.S.C. §501; and b) otherwise injured the business reputation and business of Plaintiff by Defendants' acts and conduct set forth in this Complaint;

3) For Judgment in favor of Plaintiff against Defendants for actual damages or statutory damages pursuant to 17 U.S.C. §504, at the election of Plaintiff, in an amount to be determined at trial;

4) That Plaintiff be awarded Plaintiff's reasonable attorneys' fees and costs; and

5) Award any and all other relief that this Court deems just and proper.

DATED: February 4, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***