**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MINDTRAVELER BARCELONA,

    Plaintiff,                                                Case No.: 1:26-cv-01251

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | LORDREE Store |
| 2 | CHICILY |
| 3 | AKLOPVII |
| 4 | ZhenDuJiaDu |
| 5 | BAIGRAM |
| 6 | Kigrad |
| 7 | JOLILUNA |
| 8 | NVRENJIA Online Store |
| 9 | Deliley |
| 10 | HGps8w |
| 11 | YUJIACH |
| 12 | miaokeer |
| 13 | YOXIYTR |
| 14 | weinuoerkeji |
| 15 | Sindlloger |
| 16 | MIFJNF |
| 17 | air-SMART |
| 18 | Momtecanuo |
| 19 | YADEOU ( Lightning Deals of Today ➤6-11days↘) |
| 20 | LPuexie |
| 21 | LinGuBin2024 |
| 22 | William wong |
| 23 | Haoyeou |
| 24 | ROpo12 |
| 25 | Yxzogd |

| 26 | Sktremeuru |
|----|------------|
| 27 | Rseomihvy ✈ ✈ 7-14 Days Delivery |
| 28 | weidadehengnaa |
| 29 | clearance deals 2025 Unbeatable |
| 30 | Migeux |
| 31 | Yk8 fashion boutique |
| 32 | jiujiangquyue |
| 33 | NUFIWI 8-13 Days Arrivals |
| 34 | Diyimean |
| 35 | youliyoumian |
| 36 | Amiblvowa 7-14 Days Arrival |
| 37 | xiuyingh |
| 38 | yishe |
| 39 | beBetterstore |
| 40 | DSORVICD |
| 41 | Luckinbaby OnlineStore |
| 42 | pengnight 7-12 Days Arrival |
| 43 | KOSUSANILL 7-14 Days Arrival |
| 44 | xuemeizou |
| 45 | Vohawsa |
| 46 | huayusi |
| 47 | NUFIWI |
| 48 | luoyepiaopiao |
| 49 | Hopiumy |
| 50 | Kimydreama |
| 51 | Gaono |
| 52 | FNKRO SHOP |
| 53 | Winioder |
| 54 | Giraropa |
| 55 | lilisheng |
| 56 | Tempura 8-13 Days Arrival |
| 57 | Suagox |
| 58 | Yiulangde Clothing Store |
| 59 | EARNMAM 7-15 Days |
| 60 | rwetreywertrI |
| 61 | zhichengshang |
| 62 | Yuanli Precious |
| 63 | Fu Fu |
| 64 | Visgogo-Clothes |
| 65 | celinena |
| 66 | adayisi |

| | |
|---|---|
| 67 | CHANGBAOKUI |
| 68 | Brewee |
| 69 | US-ExFM(7-11Days Delivery) |
| 70 | Sunloudy |
| 71 | QQQQQQQ1 |
| 72 | CYee |
| 73 | VDWIP |
| 74 | Attria |
| 75 | hefeiqisixingmaoyiyouxiangongsi |
| 76 | Be-brave |
| 77 | Huansu Trading |
| 78 | Tooe |
| 79 | Arssm |
| 80 | Wefynia |
| 81 | ROJZR |
| 82 | Alafime-US |
| 83 | WUAI |
| 84 | Gloomia |
| 85 | jiajiaxin |
| 86 | Nexstone |
| 87 | RARETIDUR |
| 88 | spring2020 |
| 89 | Yimoon1987 |
| 90 | Hefei Zhulizi Trading Co., Ltd |
| 91 | RICOCHO |
| 92 | JULGIRL US |
| 93 | Wyeysyt |
| 94 | Gacaky |
| 95 | Perbai |
| 96 | LangLang |
| 97 | Dstro |
| 98 | WU yang(US STORE) |
| 99 | YAYAOAYAY |
| 100 | Qinodel |
| 101 | FOMOYUU |
| 102 | U-Beston |
| 103 | Karwuiio |
| 104 | Shidifensen |
| 105 | WMWLYSSHOP |
| 106 | Amiley |
| 107 | FULA-bao |

| | |
|---|---|
| 108 | QCSouBetter(7-12 Days Arrivals) |
| 109 | Yiiciovy-Fashion |
| 110 | kidwithsunshine |
| 111 | Laochibx |
| 112 | SARUWSZD |
| 113 | FAVSCENCE Online Store |
| 114 | kawai baby |
| 115 | BAIHAN |
| 116 | jiujiangshengyixi |
| 117 | AonoapllStore |
| 118 | KOSUSANILL Fashion Store |
| 119 | Heartell |
| 120 | lanlanblue |
| 121 | AyuAyiMao |
| 122 | MysterLuna |
| 123 | Wantuin |
| 124 | ROAONOCOMO Online Store |
| 125 | Allmyon |
| 126 | Foidiccx Lucky Store 7-14days arrival |
| 127 | Mxiqqpltky |
| 128 | RRRROOOOAAA 7-15 Days to arrive |
| 129 | Juakoso Online Store |
| 130 | Juakoso 8-16 Days Arrivals |
| 131 | Aiyify |
| 132 | Ladily |
| 133 | WEIIYONN |
| 134 | Lpmadey |
| 135 | FNKRO Direct |
| 136 | yihuayishi |
| 137 | UNamimiyaNU |
| 138 | KimiY 7-15 days arrival |
| 139 | XFLnaraz |
| 140 | LMOOPLOCO |
| 141 | TanNE |
| 142 | WJFLNFQN |
| 143 | JGGSPWM |
| 144 | Cozy Style ZZwxWA |
| 145 | GigrtiJin |
| 146 | Dealovy Co.Ltd |
| 147 | AherBiu Store |
| 148 | QQSiiuen |

| 149 | Baohuaixin |
|-----|------------|
| 150 | iyifu.com |
| 151 | SenYaoYao Store |
| 152 | Hanfan Store |
| 153 | Rdhnmea FASHION |
| 154 | Young&Beautiful |
| 155 | Fiacafyo |
| 156 | Mhoxuto |
| 157 | Baoiii |
| 158 | Imcute |
| 159 | Huakai Trade |
| 160 | Biezeib |
| 161 | YOTMKGDO |
| 162 | boen |
| 163 | BeautifulClothes |
| 164 | xinlin xu |
| 165 | wangchuanyunzhi |
| 166 | JUUYY Clothing Essentials |
| 167 | luozhiqiongdedianpu |
| 168 | mita |
| 169 | Owls Yard |
| 170 | Champion NO.1 |
| 171 | SuBoXianShangMao |
| 172 | hengyuzhuangshi |
| 173 | Saror boutique |
| 174 | Mjiqgyi |
| 175 | Khgref |
| 176 | Gchwyjv |
| 177 | Qofolqg |
| 178 | TVSCHV |
| 179 | Perurkv |
| 180 | MGDXJRV |
| 181 | UKWGER |
| 182 | Yuyune |
| 183 | Othkckg |
| 184 | Pbvsjan |
| 185 | Tuepxqt |
| 186 | QingYangLife |
| 187 | DDFAIX |
| 188 | Gslrgws |
| 189 | VRBXBSU |

| | |
|---|---|
| 190 | Huolxzx |
| 191 | Zxnennw |
| 192 | Wlovkht |
| 193 | Drdaatj |
| 194 | ZGWRYR |
| 195 | Zzkgstz |
| 196 | Tavvzry |
| 197 | Gioing |
| 198 | UBATZIJ |
| 199 | Okovt |
| 200 | Wxzvfic |
| 201 | Juino |
| 202 | ONRTEY |
| 203 | Yzqnxdh |
| 204 | Yeeing |
| 205 | Aremcso |
| 206 | Ydoiool |
| 207 | Zooan |
| 208 | Gediya |
| 209 | MINGYANUS |
| 210 | Wguswoz |
| 211 | Tejmapu |
| 212 | Vnzusmp |
| 213 | Qyunub |
| 214 | Vatqadw |
| 215 | Tehfgns |
| 216 | DTIJAS |
| 217 | Hhxwjez |
| 218 | Ttlbons |
| 219 | MTFYAJQ |
| 220 | Xsqdfzp |
| 221 | Lpgakps |
| 222 | Xhdpipj |