**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

MindTraveler Barcelona

Plaintiff,

v.

Case No.: 1:26−cv−01251
Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 27, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: MINUTE entry before the Honorable Robert W. Gettleman: The court has reviewed defendants VDWIP, Arssm, ROJZR, Yimoon1987, Hefei Zhulizi Trading Co., Ltd, and Wyeysyt's (all except defendant ROJZR, which was voluntarily dismissed [34], hereinafter referred to as "defendants") motion to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6) and motion to sever for improper joinder pursuant to Fed. R. Civ. P. 20 and 21 [30] and plaintiff's response thereto [32] (defendants did not file a reply). The court denies defendants' motion [30]. As the court previously found [17], plaintiff has made a prima facie showing of proper joinder of these defendants. The court also finds that plaintiff has stated a plausible claim of copyright infringement of its photographs. Defendants are directed to file their answer by 11/17/2026. By 11/24/2026, the parties are to submit a joint status report using this court's form with a proposed discovery schedule. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.