**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MINDTRAVELER BARCELONA,
Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",
Defendants.

___________________________________/

Case No. 1:26-cv-01251-RWG
Honorable Robert W. Gettleman
Magistrate Judge: Honorable M. David Whisman

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the Northern District of Illinois, Defendants VDWIP, Arssm, ROJZR, Yimoon1987, Hefei Zhulizi Trading Co., Ltd., and Wyeysyt (collectively, the "Moving Defendants") hereby make the following disclosures:

1. None of the Moving Defendants is a publicly held corporation.

2. No publicly held corporation owns 10% or more of the stock of any Moving Defendant.

3. None of the Moving Defendants has any parent corporation.

Dated: November 11, 2026

Respectfully submitted,

/s/ Jianyin Liu
Jianyin Liu, Esq.
Law Offices of James Liu PLLC
15750 SW 92nd Ave, Unit 20C
Palmetto Bay, Florida 33157

Tel: 305-209-6188
Email: jianyin@jamestliulaw.com

Counsel for Defendants VDWIP, Arssm, ROJZR, Yimoon1987, Hefei Zhulizi Trading Co., Ltd., and Wyeysyt