**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MINDTRAVELER BARCELONA,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01251

Judge Robert W. Gettleman

Magistrate Judge M. David Weisman

## JOINT STATUS REPORT

Pursuant to the Court's Minute Entry [35], Plaintiff MindTraveler Barcelona ("Plaintiff") and Defendants VDWIP (No. 73), Arssm (No. 79), Yimoon1987 (No. 89), Hefei Zhulizi Trading Co., Ltd. (No. 90), and Wyeysyt (No. 93) (collectively, the "Appearing Defendants") submit this Joint Status Report.

Plaintiff and the Appearing Defendants have reached a settlement in principle. Plaintiff has sent the Appearing Defendants a written settlement agreement, and the parties are awaiting the Appearing Defendants' execution of that agreement.

In light of the settlement, the parties respectfully request that the Court defer entry of a discovery schedule and allow the parties forty-five (45) days from the date of this report to file a stipulation of dismissal as to the Appearing Defendants or, if the settlement has not been completed by then, a further status report.

DATED: November 24, 2026

Respectfully submitted,

/s/ *Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

/s/ Jianyin Liu
Jianyin Liu
The Law Offices of James Liu PLLC
9000 SW 157th St
Palmetto Bay, FL 33157
Telephone: (305) 209-6188
E-mail: jamesliulaw@gmail.com

***ATTORNEY FOR DEFENDANTS VDWIP, ARSSM, YIMOON1987, HEFEI ZHULIZI TRADING CO., LTD., AND WYEYSYT***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 24, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith Vogt*
Keith Vogt